**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Jessica Norton and Ronald Whitley, Defendants,

Of whom Jessica Norton is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-001918

―――――――――

Appeal From York County
James F. Fraley, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2018-UP-222
Submitted May 4, 2018 – Filed May 29, 2018

―――――――――

**AFFIRMED**

―――――――――

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent.

Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill, for the Guardian ad Litem.

---

**PER CURIAM:** Jessica Norton appeals a family court order removing her minor child from her custody and placing her name on the Central Registry of Abuse and Neglect. *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2017); S.C. Code Ann. § 63-7-1910(A)(1) (2010). After a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Norton's counsel.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.